

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

*Travis Co.*

Honorable Tom L. Beauchamp, Jr.
Secretary to the Governor
Austin, Texas

Dear Sir:

Opinion No. 0-2894
Re: Disposing of claims for
reward offered by the
Governor.

This will acknowledge receipt of your letter of November 9, 1940, enclosing several letters received by the Governor from or on behalf of certain claimants to the reward money offered for the apprehension of the murderer of Mr. George R. Robertson, Deputy Sheriff of Lamar County. These documents are returned to you herewith.

You ask the opinion of this department as to the proper method of disposing of these claims. We beg to advise, that with the information presently available to you, it appears that there are several conflicting claims to the reward. We suggest that you require each of the claimants to submit his claim in affidavit form, with supporting affidavits, advising each claimant of the existence of opposing claims so that each claimant, in submitting his proof by affidavit may have the opportunity to combat or recognize the right of the opposing claimant to an interest in the reward money. When this evidence has been received by you, we will be in better position to advise the Governor with respect to the disposition to be made of the reward monies as respects the various claimants.

Yours very truly

APPROVED NOV 22, 1940

ATTORNEY GENERAL OF TEXAS

*Gerald C. Mann*

ATTORNEY GENERAL OF TEXAS

By *R.W.Fairchild*

Richard W. Fairchild

RWF:rv

ENCLOSURE

APPROVED
OPINION
COMMITTEE
BY *BWB*
CHAIRMAN

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT